IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JONATHON C. MCINTOSH, D.D.S., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-683 |
| § | |
| DAVID PARTRIDGE, M.D., Individually § | |
| and in his Official Capacity, § | |
| § | |
| Defendant. § | |

### SUA SPONTE ORDER OF TRANSFER

This employment action arises out of Plaintiff Jonathon C. McIntosh's ("Plaintiff") unsuccessful attempt at re-employment at his former job after returning from military service in the Middle East.[1] In the course of analyzing Defendant David Partridge's ("Defendant") Amended Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) and Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6), it has come to the Court's attention that the present case has an insufficient connection to the Galveston Division of the Southern District of Texas. Plaintiff is a resident of Sugarland, Texas, which is in Fort Bend County, within the Houston Division of the Southern District of Texas. Additionally, the operative facts of this case took place primarily in Richmond, Texas, also located within Fort Bend County. Considering this controversy's substantial connections to the Houston Division and the utter dearth of connections to this Division, the Court hereby **SUA SPONTE TRANSFERS** this matter to the Houston Division of the Southern

---

[1] The Court does not consider this Order worthy of publication. Accordingly, it has not requested and does not authorize publication.

District of Texas for all further proceedings. The Court leaves to the consideration of the transferee court all pending motions, including further consideration of the propriety of venue. **IT IS SO ORDERED**.

**DONE** this 6th day of June, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge